**Electronically Filed
Supreme Court
SCPW-25-0000750
06-FEB-2026
08:35 AM
Dkt. 9 ODDP**

SCPW-25-0000750

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LAUREN LIPCON, Petitioner,

vs.

THE HONORABLE KIRSTIN M. HAMMAN,
Judge of the Circuit Court of the Second Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 2CCV-23-0000074)

ORDER GRANTING DISMISSAL
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Ashford, assigned by reason of vacancy)

Petitioner Lauren Lipcon (Lipcon) filed a petition for writ of mandamus on October 24, 2025. Lipcon subsequently filed a document on October 28, 2025, that requests withdrawal of the petition for writ of mandamus. We construe the October 28, 2025 document as a motion to dismiss and grant the motion.

It is ordered that the petition for writ of mandamus is dismissed.

DATED:  Honolulu, Hawaiʻi, February 6, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ James H. Ashford

2